**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **RODRIGUEZ-MEZA, ET AL.,** | § § § § | |
| **Plaintiffs** | § § | |
| **vs.** | § § | **No. 2:17-CV-00054-AM-CW** |
| **VENEGAS, EL AL.,** | § § § | |
| **Defendants.** | § § § § | |

**<u>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1, Defendants Longfellow Ranch Partners, LP, Longfellow Ranches, LLC and Malone Mitchell, Jr. d/b/a Mitchell Ranch (collectively "the Longfellow Defendants") hereby file their Corporate Disclosure Statement.

- Longfellow Ranches, LLC is the general partner of Longfellow Ranch Partners, LP. Longfellow Ranches, LLC is owned 100% by individuals. Longfellow Ranch Partners, LP is owed 100% by individuals. No publicly held corporation owns 10% or more of the stock in these entities.

- Malone Mitchell, Jr. d/b/a Mitchell Ranch is an individual.

Respectfully submitted,

/s/ Sean M. McCrory

Celeste Yeager (Attorney-in-Charge)
State Bar No. 00797715
Sean M. McCrory
State Bar No. 24078963
214.880.8100 (Telephone)
214.880.0181 (Telecopier)
cyeager@littler.com
smcrory@littler.com

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931

ATTORNEYS FOR DEFENDANTS
LONGFELLOW RANCH PARTNERS, LP,
LONGFELLOW RANCHES, LLC and
MITCHELL MALONE, JR.

## CERTIFICATE OF SERVICE

On February 16, 2018, I e-filed the foregoing document with the Court and served Plaintiffs' counsel of record via e-mail.

Jacob Wedemeyer
jwedemeyer@tria.org
Alberto Mesta, Jr.
amesta@trla.org

TEXAS RIOGRANDE LEGAL AID, INC.
1331 Texas Ave.,
El Paso, Texas 79901
(915) 585-5100 (Telephone)
(915) 533-8823 (Facsimile)

ATTORNEY FOR PLAINTIFFS

/s/ Sean M. McCrory

Firmwide:152933082.1 096363.1001